**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:13-CR-133-JTM-PRC |
| | ) |
| CARMALITA STEWART-CANNON, | ) |
| Defendant. | ) |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:    THE HONORABLE JAMES T. MOODY,
         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On February 15, 2017, the United States Government appeared by counsel Assistant United States Attorney Thomas McGrath. Defendant Carmalita Stewart-Cannon appeared in person and by counsel Jennifer Soble and in the custody of the United States Marshal. United States Probation Officer Nicholas Macker appeared.

Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On December 23, 2013, Defendant Carmalita Stewart-Cannon pled guilty to the Count IV charge in the Indictment (knowingly possessing a firearm after having been convicted of a felony offense).

On June 5, 2014, Judge James T. Moody originally sentenced Defendant Carmalita Stewart-Cannon to 12 months imprisonment and two years of supervised release subject to specified written terms and conditions.

On March 16, 2016, the Government filed a Petition alleging that Defendant violated the terms and conditions of her supervised release. On September 9, 2016, the Government filed an

Amended Petition. (Docket entry 43). On September 9, 2016, an arrest warrant was issued. On January 13, 2017, Defendant Carmalita Stewart-Cannon was arrested.

On January 13, 2017, the Initial Appearance was held.

On January 18, 2017, the U.S. Probation Office filed a Summary Report of Violations. (Docket entry 48).

On February 3, 2017, Defendant Carmalita Stewart-Cannon by counsel, filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On February 9, 2017, Judge James Moody issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(c) and Federal Rule of Criminal Procedure 32.1.

As a result of the February 15, 2017 Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Carmalita Stewart-Cannon has been advised of her right to remain silent, her right to counsel, her right to be advised of the charges against her, her right to a contested Supervised Release Revocation Hearing, and her rights in connection with such a hearing;

2. Defendant Carmalita Stewart-Cannon understands the proceedings, the allegations, and her rights;

3. Defendant Carmalita Stewart-Cannon knowingly and voluntarily admitted that she committed two of the violations set forth in the September 9, 2016 Petition (docket entry 43) and that those allegations are true;

4. These violations are Grade C violations, the Defendant's criminal history category is II, the advisory guideline range is 4 to 10 months imprisonment, and the statutory maximum sentence that may be imposed is 24 months imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

6. Defendant Carmalita Stewart-Cannon be adjudged to have committed a violation of her supervised release described in the September 9, 2016 Petition (docket entry 43);

7. The supervised release of Defendant Carmalita Stewart-Cannon be revoked;

8. Defendant Carmalita Stewart-Cannon be ordered committed to the United States Bureau of Prisons forthwith to serve 2 months incarceration therein;

9. After successful completion of the additional term of imprisonment Defendant Carmalita Stewart-Cannon not continue on supervised release;

10. Defendant Carmalita Stewart-Cannon be granted credit for time served from January 13, 2017, on this supervised release revocation matter.

Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

So ORDERED this 15th day of February, 2017.

    s/ Paul R. Cherry
    MAGISTRATE JUDGE PAUL R. CHERRY
    UNITED STATES DISTRICT COURT