UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:13 CR 133 |
| | ) |
| CARMALITA STEWART CANNON | ) |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 57), to which the parties have waived objection (DE # 56), the Magistrate Judge's findings and recommendations are now **ADOPTED.** Defendant Carmalita Stewart-Cannon is **ADJUDGED** to have committed a violation of her supervised release as described in the September 9, 2016 petition (DE # 43). The supervised release of defendant Carmalita Stewart-Cannon is now revoked and defendant is ordered committed to the United States Bureau of Prisons forthwith to serve 2 months incarceration therein. After successful completion of the additional term of imprisonment, defendant Carmalita Stewart-Cannon shall not continue on supervised release. The court recommends that defendant Carmalita Stewart-Cannon be granted credit for time served from January 13, 2017, on this supervised release revocation matter.

**SO ORDERED.**

Date: February 16, 2017

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT